## Levinson, Appellant, *v.* Levinson, Appellant.

Before VOGEL, J.

Argued June 11, 1975. *Alan J. Davis,* with him *Lawrence F. Flick,* and *Wolf, Block, Schorr and Solis-Cohen,* for appellant at No. 1152 and appellee at No. 1217; *Parker H. Wilson,* with him *Wilson, Oerle & Drayer,* for appellant at No. 1217 and appellee at No. 1152.

Order affirmed.

HOFFMAN and CERCONE, JJ., dissent.

## Linett *v.* Lipschutz, Appellant.

Argued December 15, 1975. *Neil E. Jokelson,* with him *Randy S. Rosen,* for appellant; *J. Leon Rabben,* for appellee.

Order affirmed.

HOFFMAN, J., absent.